United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                            Case No. 2:22-cr-208

Mikael K. Waters

COURTROOM MINUTES
Sentencing

| U.S. District Chief Judge Algenon L. Marbley | | Date: April 7, 2023 | |
|---|---|---|---|
| Deputy Clerk: | Diane Stash | Counsel for Government: | Mike Hunter |
| Court Reporter: | Shawna Evans | Counsel for Defendant: | Deborah Williams |
| Interpreter: | | Pretrial/Probation: | Emily Mueller |

Defendant sentenced to twenty-one (21) months of incarceration on Count 1 of the Indictment.

Defendant sentenced to three (3) years of supervised release on Count 1 of the Indictment.

Forfeiture ordered as outlined in Forfeiture Allegation A of the Indictment; no fine imposed; special assessment of $100 applied.

Defendant remanded to the custody of the USMS.